THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. DENNIS COOPER, Defendant-Appellant.

(No. 58514;

First District (1st Division)—January 28, 1974.

PER CURIAM.

BURKE, J., took no part.

O'Donnell, Wolff, LeVine, Mazzorana & Krupa, of Chicago (Arthur J. O'Donnell and Louis M. Gordon, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Jerald A. Kessler, Assistant State's Attorneys, of counsel), for the People.